**No. 58240.**—C. J. Tower & Sons *v.* United States, protest 181763–K (Buffalo).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58241.**—A. N. Deringer, Inc. *v.* United States, protest 186671–K (St. Albans).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58242.**—Aco Products Co. et al. *v.* United States, protests 208514–K, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra*.